Steven L. Yarmy, Esq.
Nevada Bar No. 8733
Citizens for Consumer's Rights
1500 E. Tropicana, Suite 102
Las Vegas, Nevada 89119
(702) 967-0442
(702) 586-3690 FAX
sly@stevenyarmylaw.com
*Attorney for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SANTIAGO SERRANO-LOPEZ<br><br>Debtors | Case No.: 10-26703-LBR<br><br>Chapter 13<br><br>**Hearing Date: OST**<br>**Hearing Time: OST** |

**MOTION TO CONVERT CASE TO CHAPTER 11 FROM CHAPTER 13**

**ON AN ORDER SHORTENING TIME**

Debtor by and through his undersigned attorney states:

1. Section 1307(d) of the Bankruptcy Code provides:

> Except as provided in subsection (e) of this section, at any time before the confirmation of a plan under section 1325 of this title, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 11 or 12 of this title.

2. This case has not been converted under §§ 706, 1112, or 1208 of the Bankruptcy Code.

3. The Debtors are eligible to be Debtors under Chapter 11.

THEREFORE, pursuant to Rule 1017(f), F.R.Bankr.P., the Debtor respectfully moves convert this case from a case under Chapter 13 to a case under Chapter 11.

Dated: February 18, 2011

**/s/ Steven L. Yarmy**

Steven L. Yarmy, Esq.
Nevada Bar No. 8733
Citizens for Consumer's Rights
1500 E. Tropicana, Suite 102
Las Vegas, Nevada 89119
(702) 967-0442
(702) 586-3690 FAX
sly@stevenyarmylaw.com
*Proposed Attorney for the Debtor and Debtor-in-Possession*

**PROPOSED ORDER**

Steven L. Yarmy, Esq.
Nevada Bar No. 8733
Citizens for Consumer's Rights
1500 E. Tropicana, Suite 102
Las Vegas, Nevada 89119
(702) 967-0442
(702) 586-3690 FAX
sly@stevenyarmylaw.com
*Attorney for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SANTIAGO SERRANO-LOPEZ<br><br>Debtors | Case No.: 10-26703-LBR<br><br>Chapter 13<br><br>**Hearing Date:**<br>**Hearing Time:** |

**ORDER GRANTING**

**CONVERSION TO A CASE UNDER CHAPTER 11**

On January 13, 2011, the Debtors appearing before this Court on their Motion (DOC#40 ), through counsel Steven L. Yarmy, Esq. and no other parties objecting to Debtors Motion.

ORDERED, that pursuant to Rule 1017(f), F.R.Bankr.P. that Debtor is hereby granted his Motion to convert from a case under Chapter 13 to a case under Chapter 11; and it is further

ORDERED, that as provided by F.R.Bankr.P. 7062, this Order shall be effective and enforceable immediately upon entry.

Submitted by:

U.S. Trustee, Department of Justice

/s/ Steven L. Yarmy
Steven L. Yarmy, Esq.
Nevada Bar No. 8733

by____________________________
Rick Yarnell
U.S. Trustee

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court waived the requirements of approval under LR 9021.

_____ No Party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved or disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.