**Entered on Docket
March 15, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Steven L. Yarmy, Esq.
Nevada Bar No. 8733
Citizens for Consumer's Rights
1500 E. Tropicana, Suite 102
Las Vegas, Nevada 89119
(702) 967-0442
(702) 586-3690 FAX
sly@stevenyarmylaw.com
*Attorney for the Debtor
and Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 10-26703-LBR |
| SANTIAGO SERRANO-LOPEZ | Chapter 13 |
| Debtors | **Hearing Date: March 9, 2011**<br>**Hearing Time: 10:00 AM** |

### ORDER GRANTING

### CONVERSION TO A CASE UNDER CHAPTER 11

On March 9, 2011, the Debtors appearing before this Court on their Motion (DOC#44), through counsel Steven L. Yarmy, Esq. and no other parties objecting to Debtors Motion.

ORDERED, that pursuant to Rule 1017(f), F.R.Bankr.P. that Debtor is hereby granted his Motion to convert from a case under Chapter 13 to a case under Chapter 11; and it is further

ORDERED, that as provided by F.R.Bankr.P. 7062, this Order shall be effective and enforceable immediately upon entry.

Submitted by:

/s/ Steven L. Yarmy
Steven L. Yarmy, Esq.
Nevada Bar No. 8733

U.S. Trustee, Department of Justice

by_____
Rick Yarnell
U.S. Trustee

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court waived the requirements of approval under LR 9021.

**xxxx** No Party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved or disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Chris Craig

Paralegal