Electronically filed on Apr. 4, 2011

GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Tel (702) 258-8200
Fax (702) 258-8787
bk@wildelaw.com

U.S. Bank, National Association
10-74238

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

SANTIAGO SERRANO-LOPEZ,

Debtors.

Case No. BK-S-10-26703-LBR
Chapter 11

Hearing Date: April 20, 2011
Hearing Time: 2:00 p.m.

## SECURED CREDITOR'S OPPOSITION TO DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF CREDITORS PURSUANT TO 11 U.S.C. §506(a)
### RE:1428 HELEN BELLE DRIVE, LAS VEGAS, NEVADA 89110

COMES NOW Secured Creditor U.S. BANK, NATIONAL ASSOCIATION by and through counsel and files this Opposition To Debtor's Motion To Value Collateral, "Strip Off" And Modify Rights Of Creditors Pursuant To 11 U.S.C §506(a).

This Opposition is in regards to the subject property located at 1428 Helen Belle Drive, Las Vegas, Nevada 89110. Secured Creditor is the first deed of trust holder on the subject property and is owed approximately $101,510.97. The debtor hopes to strip the lien to $62,000.00.

Secured Creditor does not agree that the debtor may bifurcate the claim pursuant to 11 USC 506(a) because it appears that the subject property is the debtor's personal residence. Debtor caused a Homestead Declaration to be recorded on the subject property on September 3, 2008. *See Exhibit #A.* Debtor has never released, withdrawn, or abandoned that declaration pursuant to NRS 115.040. According to the records of the Clark County Assessor, the debtor continues to utilize the subject property as his mailing address. *See Exhibit #B.* The debtor's Schedule I indicate that he receives $2,250.00 in rental income, but Schedule G does not list any lease or rental agreements. *See Exhibits #C and #D.* If the subject property is in fact a rental, then the Secured Creditor is entitled to know the terms of the lease so that a proper valuation can be completed.

Secured Creditor is entitled to know the rents that the debtor is enjoying from the subject property so a proper valuation can be completed. The debtor's Schedule I indicates that he receives $2,250.00 in rental income but does not specify how much of that rental income is received from this subject property as opposed to the other rental.

Secured Creditor is unable to determine whether or not it would be feasible for the Debtors to afford the reduced value payments without knowing the current occupancy and rental value of the property. In addition, the Debtor does not provide for the expenses of property taxes, insurance, and maintenance of the subject property in his Schedule J. *See Exhibit E.* Because Schedule J is incomplete, Secured Creditor is also unable to determine whether or not the Debtors can afford the reduced value payments. This Court should not strip Secured Creditor's secured interest in the property without first requiring that the debtor provide a complete disclosure of his budget. Finally, the debtor does not

disclose what interest rate he is proposing and whether or not the reduced value payment will also provide for the required taxes and insurance.

Finally, even if the claim could be bifurcated, Secured Creditor does not agree with the reduction of the secured amount to the alleged value of $62,000.00. Secured Creditor has requested its own appraisal of the subject property and requests that this Court continue this matter to allow that appraisal to be completed.

WHEREFORE, Secured Creditor objects to the Debtors' valuation of the property and requests that it be allowed time to obtain access to the property. Secured Creditor also requests copies of the rent rolls and the lease agreement. Furthermore, it is requested that the Court set an evidentiary hearing thereafter to determine a proper value.

DATED this 4th day of April, 2011.

TIFFANY & BOSCO, P.A.

/s/ Gregory L. Wilde, Esq.
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
212 S. Jones Blvd
Las Vegas NV 89107

Attorney for Secured Creditor

# EXHIBIT A

20080903-0001292

Assessor Parcel Number: 140-29-118-004 OR

Assessor's Manufactured Home ID number _____

Fee: $14.00
N/C Fee: $0.00
09/03/2008    09:41:42
T20080197130
Requestor:
S SERRANO

Debbie Conway    RDF
Clark County Recorder   Pgs: 1

**Declaration of Homestead (Check One)**

- ✓ Married (filing jointly)
- ___ Married (filing individually)
- ___ Head of Family
- ___ Widowed
- ___ Multiple Single Persons
- ___ Single Person
- ___ By Wife (filing for joint benefit of both)
- ___ By Husband (filing for joint benefit of both)
- ___ Other: (Describe) _____

**A. (Check One)**
- ✓ Regular Home Dwelling/Manufactured Home    ___ Condominium Unit    ___ Other

Name on Title of Property SANTIAGO SERRANO
Do individually or severally certify and declare as follows: Santiago Serrano,
is/are now residing on the land, premises (or manufactured home) located in the City of LAS VEGAS
County of CLARK, State of Nevada, and more particularly described as follows:
(set forth legal description and commonly known street address OR manufactured home description)
ROSEWALK UNIT 5 PLAT BOOK 59 PAGE 89
LOT 8 BLOCK 1 1429 HELEN BELLE DR LAS VEGAS NV

**B.** ✓ I/We claim the land and premises hereinabove described, together with the dwelling house thereon,
and its appurtenances, or the described manufactured home as a Homestead.

**C. (Check One)**
- ✓ (1) No former Declaration of Homestead has been made by me, or us, or either of us.
- ___ (2) This Declaration constitutes an abandonment of the former Declaration recorded _____

In Witness, Whereof, I/We have hereunto set my hand/our hands this 3 day of SEPTEMBER 08.

_Santiago Serrano_ (Signature)     X (Signature)
Santiago Serrano (Print or type name here)    (Print or type name here)

STATE OF NEVADA)
COUNTY OF CLARK)

This instrument was acknowledged before me on 9-3-2008
—SANTIAGO SERRANO— (date)
(Person(s) appearing before notary)

SARKARA SINGH
NOTARY PUBLIC
STATE OF NEVADA
COUNTY OF CLARK
Date Appointment Exp. July 22, 2012
Certification No. 04-90647-1

My commission expires: 7-22-2012

(Signature of notarial officer)

CONSULT AN ATTORNEY IF YOU DOUBT THIS FORM'S FITNESS FOR YOUR PURPOSE.

Recording Requested by and Mail to:
Name: SANTIAGO SERRANO
Address/City State/Zip: 1429 HELEN BELLE DR LAS VEGAS NV 89110

This form provided as a courtesy to the taxpayer by: M. W. Schofield, Clark County Assessor.
The Assessor's Office assumes no liability for the completion of the Homestead Declaration.

# EXHIBIT B

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 140-29-118-004 |
| OWNER AND MAILING ADDRESS | SERRANO SANTIAGO<br>1428 HELEN BELLE DR<br>LAS VEGAS NV 89110-2805 |
| LOCATION ADDRESS<br>CITY/UNINCORPORATED TOWN | 1428 HELEN BELLE DR<br>LAS VEGAS |
| ASSESSOR DESCRIPTION | ROSEWALK-UNIT 5<br>PLAT BOOK 59 PAGE 89<br>LOT 8 BLOCK 1<br><br>SEC 29 TWP 20 RNG 62 |
| RECORDED DOCUMENT NO. | * 20020329:03675 |
| RECORDED DATE | 03/29/2002 |
| VESTING | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| TAX DISTRICT | 200 |
| APPRAISAL YEAR | 2010 |
| FISCAL YEAR | 10-11 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| SUPPLEMENTAL IMPROVEMENT ACCOUNT NUMBER | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2010-11 | 2011-12 |
| LAND | 4550 | 4550 |
| IMPROVEMENTS | 16106 | 18271 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 20656 | 22821 |
| TAXABLE LAND+IMP (SUBTOTAL) | 59017 | 65203 |
| COMMON ELEMENT ALLOCATION ASSD | 0 | 0 |
| TOTAL ASSESSED VALUE | 20656 | 22821 |
| TOTAL TAXABLE VALUE | 59017 | 65203 |

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.09 Acres |
| ORIGINAL CONST. YEAR | 1994 |
| LAST SALE PRICE<br>MONTH/YEAR | 128000<br>03/02 |
| LAND USE | 1-10 RESIDENTIAL SINGLE FAMILY |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL LIVING SQ. FT. | 1245 | CARPORT SQ. FT. | 0 | ADDN/CONV | NONE | | |
| 1ST FLOOR SQ. FT. | 1245 | STORIES | ONE STORY | POOL | NO | | |
| 2ND FLOOR SQ. FT. | 0 | BEDROOMS | 3 | SPA | NO | | |
| BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL | TYPE OF CONSTRUCTION | FRAME STUCCO | | |
| GARAGE SQ. FT. | 380 | FIREPLACE | 1 | ROOF TYPE | CONCRETE TILE | | |

# EXHIBIT C

B6I (Official Form 6I) (12/07)

In re  **Santiago Serrano-Lopez** _____  Case No. **10-26703** _____
                                       Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Divorced | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Construction | |
| Name of Employer | F & F Trenching LLC | |
| How long employed | 5 Years | |
| Address of Employer | 2645 Marion Drive<br>Las Vegas, NV 89115 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,049.50 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,049.50 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 530.70 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): 401K | $ 202.50 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 733.20 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,316.30 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 2,250.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,250.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,566.30 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,566.30 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# EXHIBIT D

B6G (Official Form 6G) (12/07)

In re    **Santiago Serrano-Lopez**                                           Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

 

0

    \_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

EXHIBIT E

B6J (Official Form 6J) (12/07)

In re **Santiago Serrano-Lopez**            Case No. **10-26703**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 300.00 |
| a. Are real estate taxes included? Yes ___ No _X_ | | |
| b. Is property insurance included? Yes ___ No _X_ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 50.00 |
| b. Water and sewer | | $ 40.00 |
| c. Telephone | | $ 60.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 200.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 80.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 333.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1,213.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | | $ 5,566.30 |
| b. Average monthly expenses from Line 18 above | | $ 1,213.00 |
| c. Monthly net income (a. minus b.) | | $ 4,353.30 |

GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
**TIFFANY & BOSCO, P.A.**
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

U.S. Bank, National Association
10-74238

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK Case No.: 10-26703-lbr |
|---|---|
| Santiago Serrano-Lopez | Date: April 20, 2011<br>Time: 2:00 p.m. |
| | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF SERVICE OF SECURED CREDITOR'S OPPOSITION TO DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF CREDITORS PURSUANT TO 11 U.S.C. §506(a) RE: 1428 HELEN BELLE DRIVE, LAS VEGAS, NEVADA 89110

1. On **4/4/2011** I served the following documents(s):

SECURED CREDITOR'S OPPOSITION TO DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF CREDITORS PURSUANT TO 11 U.S.C. §506(a) RE: 1428 HELEN BELLE DRIVE, LAS VEGAS, NEVADA 89110

2. I served the above-named document(s) by the following means to the persons as listed below:

...

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

X  a. ECF System

    Erik Fitting
    lawyer.abogado@yahoo.com
    Attorney for Debtor

    Steven L. Yarmy
    sly@stevenyarmylaw.com
    Attorney for Debtor

X  b. United States mail, postage fully prepaid:

    Erik Fitting, Esq.
    2420 Greens Avenue
    Henderson, NV 89014
    Attorney for Debtor

    Steven L. Yarmy, Esq.
    1500 E. Tropicana, Suite #103
    Las Vegas, NV 89119
    Attorney for Debtor

    Santiago Serrano-Lopez
    5988 Gulf Island Avenue
    Las Vegas, NV 89156
    Debtor

    GE Money Bank
    c/o Recovery Management Systems Corp.
    Attn: Managing Agent
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605

    PROBER & RAPHAEL, A LAW CORPORATION
    Attn: Managing Agent
    20750 Ventura Boulevard, Suite 100
    Woodland Hills, California 91364

    US TRUSTEE
    300 Las Vegas Blvd., South, Suite #4300
    Las Vegas, NV 89101

☐  c. Personal Service

I personally delivered the document(s) to the persons at these addresses:

☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of April, 2011.

By: _____